## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

DARRIN D. GROSSKOPF,

      Petitioner,

v.

WILLIAM POLLARD, Warden,
Waupun Correctional Institution,

      Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-667-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Darrin D. Grosskopf for a writ of habeas corpus under 28 U.S.C. § 2254 as untimely.

By: _Lynn Kamla, Deputy Clerk_      2-29-12

      Peter Oppeneer, Clerk of Court        Date