IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DARRIN D. GROSSKOPF,

    Petitioner,

v.

WILLIAM POLLARD, Warden,
Waupun Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-667-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Darrin D. Grosskopf for a writ of habeas corpus under 28 U.S.C. § 2254 as untimely.

_____    2-29-12
Peter Oppeneer, Clerk of Court                              Date